■ In the Matter of JEROME RAPOPORT. — Motion for reinstatement as an attorney and counselor-at-law in the State of New York denied. Concur — Kupferman, J. P., Sandler, Sullivan, Ross and Carro, JJ.

■

(February 28, 1985)

■ In the Matter of BRADFORD GOZ et al., Appellants-Respondents, v CONCILIATION AND APPEALS BOARD, Respondent-Respondent. UNITED NATIONS PLAZA TOWER ASSOCIATES, Proposed Intervenor-Respondent-Appellant. — Judgment, Supreme Court, New York County (Burton Sherman, J.), entered on July 23, 1984, unanimously affirmed. Respondent-respondent shall recover of all appellants one bill of $75 costs and disbursements of these appeals. Landlord's notice of appeal is hereby deemed as a motion to intervene, which motion is hereby granted. No opinion. Concur — Murphy, P. J., Kupferman, Asch and Bloom, JJ.